## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

In Re:                                                    )
                                                          )
Mary Tresch, *Debtor*                                     )       Case No. 24-44469-169
                                                          )
                                                          )       Chapter: 13
                                                          )
                                                          )

### ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW the undersigned attorney of SouthLaw, P.C., and hereby enter their appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing, a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon said creditor should be served on the undersigned attorney, SouthLaw, P.C., 13160 Foster, Suite 100, Overland Park, KS 66213-2660.

SOUTHLAW, P.C.

*/s/ Hunter C. Gould*
_____

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 248003
Case No: 24-44469-169

## <u>CERTIFICATE OF MAILING/SERVICE</u>

I certify that a true and correct copy of the foregoing document was filed electronically on December 10, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as list on the Court's Electronic Mail Notice List.

- **Diana S. Daugherty**    standing_trustee@ch13stl.com, trust33@ch13stl.com
- **Office of US Trustee**    USTPRegion13.SL.ECF@USDOJ.gov
- **Andrew Kirkwood Smith**    aksmithlaw@gmail.com, smithar73938@notify.bestcase.com

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on December 10, 2024.

Mary Tresch
5116 Ringer Road
Saint Louis, MO 63129
**DEBTOR**

SOUTHLAW, P.C.

*/s/ Hunter C. Gould*

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 248003
Case No: 24-44469-169