UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**In re: Mary Tresch**                )        Case No: 24-44469
                                       )
        Debtor.                        )        Chapter 13
                                       )
                                       )
                                       )

**MOTION TO EXTEND THE DEADLINE FOR THE FILING OF DEBTOR'S
SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN**

COME NOW Debtor, by and through Counsel, and moves this Honorable Court to enter

and Order extending the deadline in which to file Debtor's schedules, statements and plan.  In

support of this Motion Debtor states as follows:

1. Debtor filed a Chapter 13 in good faith on December 5, 2024.

2. The current deadline to file a plan is December 19, 2024.

3. This Motion is filed before the expiration of the current deadline.

4. Counsel for Debtor requests a 14 day extension until January 2, 2025 to have the

   Chapter 13 plan on file.

5. There have been no prior extension requests made.

WHEREFORE, Debtor prays for an Order extending the deadline for Debtor regarding the

filing of Debtor's Ch. 13 plan until January 2, 2025.

Respectfully Submitted,


   /s/ Andrew Kirkwood Smith
Andrew K. Smith, #61640MO
230 South Bemiston Ave, Suite 1210
Clayton, MO 63105
314.740.2989 (phone)
314.781.2695 (fax)
*Attorney for Debtor*

## Certificate of Service

I.        I certify that a true and correct copy of the foregoing document was filed electronically on December 19, 2024 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Andrew Kirkwood Smith
Andrew Kirkwood Smith


II.       I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on December 19, 2024.

Diana Daugherty
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Office of the United States Trustee
111 South 10th Street
Suite 6.353
St. Louis, MO 63102                           /s/ Andrew Kirkwood Smith_____
                                                        *Attorney for Debtor*