**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                                      **Case No.: 24–44469 – B169**

Mary Tresch                                                 **Chapter: 13**

**Debtor(s)**

### ORDER ON MOTION TO EXTEND TIME TO FILE
### SCHEDULES, STATEMENTS AND PLAN

Debtor(s)' Motion For Extension of Time to file All Required Documents was filed on December 19, 2024. Upon careful consideration and review of record in this case, it is

**ORDERED** that the Debtor(s)' Motion For Extension of Time be and it hereby is **GRANTED**, in that Debtor(s) is granted up to and including January 2, 2025, within which to file All Required Documents.

**IT IS FURTHER ORDERED** that Debtor(s)' attorney, or Debtor(s) who appears pro–se:

1)     contact the Chapter 13 Trustee's office and reschedule the § 341 Meeting of Creditors.

2)     provide the Chapter 13 Trustee with a copy of the Chapter 13 Plan and all schedules and statements at least ten (10) days prior to the rescheduled Meeting of Creditors.

3)     contact the Bankruptcy Court's Chapter 13 Courtroom Deputy to obtain an adjournment of the Chapter 13 Confirmation hearing to a date at least 21 days after the date of the rescheduled Meeting of Creditors.

**IT IS FURTHER ORDERED** that Debtor(s)' attorney, or a Debtor who appears pro–se shall promptly provide all creditors and parties in interest with a notice of the adjourned Meeting of Creditors date and Hearing date and file a certificate service evidencing such notice.

**U.S. Bankruptcy Judge**

**Dated:** 12/19/24
**St. Louis, Missouri**
**Rev:** 04/18 oextssp

**Copy mailed to:**
Debtor(s)
Attorney(s)
Trustees

United States Bankruptcy Court

Eastern District of Missouri

In re:                                                                                      Case No. 24-44469-blc

Mary Tresch                                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4                           User: admin                                      Page 1 of 1

Date Rcvd: Dec 19, 2024                    Form ID: oextssp                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

**Recip ID**          **Recipient Name and Address**
db          + Mary Tresch, 5116 Ringer Road, Saint Louis, MO 63129-1633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kirkwood Smith | on behalf of Debtor Mary Tresch aksmithlaw@gmail.com  smithar73938@notify.bestcase.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Hunter Charles Gould | on behalf of Creditor NewRez LLC moedbknotices@southlaw.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

TOTAL: 4