**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                                  **Case No.: 24–44469 – B169**
Mary Tresch                                          **Chapter: 13**

**Debtor(s)**

## PRE–CONFIRMATION ORDER AND NOTICE OF DISMISSAL

### TO: ALL CREDITORS AND PARTIES IN INTEREST

PLEASE TAKE NOTE: THIS CASE IS BEFORE THE COURT FOR DISMISSAL FOR THE REASON(S) IDENTIFIED BY ☑
BELOW.

**The Debtor(s):**

☐   moved to dismiss this case in accordance with 11 U.S.C. § 1307(b).

☑   failed to file ☑ a Chapter 13 Plan; ☑ one or more Schedules and/or Statement of Affairs; ☐ a Matrix and/or
Verification of Matrix in the proper form and within the time permitted; ☑ a Statement of Current Monthly
Income/Disposable Income Calculation Form (B122); ☐ a Credit Counseling Certificate indicating compliance with
11 U.S.C. § 109(h)(1), a Certification of Exigent Circumstances, or a Motion for Exemption from Credit Counseling
under § 109(h)(4); or ☐ Debtor(s) failed to provide Social Security Number or B121 Form(s) within the time
permitted; ☐ Debtor's attorney failed to file a Rule 2016(b) Disclosure of Compensation; and/or ☐ . The Court
advised the Debtor(s) and Debtor's attorney that failure to file these documents properly within the time specified
would result in dismissal of the case.

☐   failed to appear at the meeting of creditors and failed to obtain the Chapter 13 Trustee's consent to a further continued
date. The Chapter 13 Trustee has certified that the Debtor(s) was notified that failure to appear at the continued
hearing would result in dismissal of the case.

☐   failed to provide ☐ tax documents to the Trustee in accordance with §521(e)(2)(B) and orders of this Court; and/or
☐ payment advices to the Trustee in accordance with the § 521(a)(1)(B)(iv) and orders of this Court.

☐   failed to pay the appropriate filing fee; failed to file a proper Application to Pay Filing Fees in Installments at the time
the petition was filed or within such additional time allowed, LR 1002 A.; or failed to pay the filing fee on the terms set
forth in the Order Approving Installment Fee Application previously entered in this case.

**The Chapter 13 Trustee:**

☐   moved in writing or at a hearing, orally requested dismissal of this case in accordance with ☐ 11 U.S.C. § 1307(c)(1)
for unreasonable delay; ☐ § 1307(c)(2) for nonpayment of fees under chapter 123 of title 28; ☐ § 1307(c)(4) for
failure to commence making plan payments; ☐ § 1307(c)(5) for denial of confirmation of a plan and denial of request
for additional time for filing another plan or modification; ☐ § 1307(c)(11) for failure to pay domestic support
obligations; ☐ § 1307(e) for failure to file taxes required under § 1308; ☐ for abuse of the bankruptcy process; ☐
for Debtor(s)' failure to turn over the tax return(s); and/or ☐ for Debtor(s)' failure to comply with a Court order, and
after notice and hearing;

**A Party in Interest**

☐ other than the Chapter 13 Trustee, moved to dismiss this case ☐ for cause in accordance with 11 U.S.C. § 1307(c); ☐ for failure to comply with a Court order; ☐ for failure to provide tax documents in accordance with § 521(e)(2)(C) and orders of this Court, ☐ for failure to pay any domestic support obligations that first became payable after the date of the filing of the petition in accordance with § 1307(c)(11); and/or ☐ for other abuse of the bankruptcy process, as more fully stated in the written motion, and after notice and hearing;

**The Missouri Department of Revenue**

☐ moved to dismiss this case in accordance with 11 U.S.C. § 1307(c)(1) for unreasonable delay in filing tax return(s), and the Debtor(s) have failed to respond to the motion, or after notice and hearing;

**The Court**

☐ on its own motion or show cause, moved to dismiss this case under 11 U.S.C. § 105(a) for failure to comply with a Court order and/or for abuse of the bankruptcy process.

**Other Reason(s) for Dismissal:**

☐

**ACCORDINGLY,**

  **IT IS ORDERED** for the reasons set forth in the motion or on the record at hearing, if any, the Motion to Dismiss identified in this Order and Notice is **GRANTED,** and this Chapter 13 case is **DISMISSED** prior to entry of an order of discharge.

  **IT IS FURTHER ORDERED** Debtor(s)' employer(s) is/are directed to cease withholding from Debtor(s)' wages in respect to this Chapter 13 case, and this Court's Order to Deduct from Wages or Other Income is hereby terminated.

  **IT IS FURTHER ORDERED** ANY PARTY OTHER THAN THE CHAPTER 13 TRUSTEE, WHO SEEKS PAYMENT FOR ANY CLAIM UNDER 11 U.S.C. § 503(b), SHALL HAVE 14 DAYS FROM THE DATE OF THIS ORDER WITHIN WHICH TO FILE AN APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM. Any party seeking payment shall serve such application on the Debtor(s) and Chapter 13 Trustee. Compensation to the Chapter 13 Trustee and payment of fees due this Court shall be awarded as specified herein without application.

  **IT IS FURTHER ORDERED** Any application for payment of attorneys' fees by counsel who have elected the flat fee option must include: (1) a general description of the services performed and the amount of fees and costs requested (detailed time entries are not required); (2) the case number, chapter, and date of filing for all prior cases filed by the Debtor(s); and (3) a statement explaining the reason for dismissal of any case filed within three years of the date of this case.

  **IT IS FURTHER ORDERED** that the Chapter 13 Trustee, shall pay the unpaid portion, if any, of the filing fee due the Court for this case, and then shall pay, pro rata, other claims allowed under 11 U.S.C. § 503(b). After paying such claims, the Trustee is directed to return any remaining funds to the Debtor(s) or as otherwise may be ordered. Any pre–confirmation disbursements made by the Chapter 13 Trustee prior to the entry of this Order are allowed and approved by the Court.

☐ **IT IS FURTHER ORDERED** that this case is dismissed under U.S.C. § 109(g)(1) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days following the date of entry of this order pursuant to In re Montgomery, 37 F.3d 413 (8th Cir. 1994).

☐ **IT IS FURTHER ORDERED** that this case is dismissed under U.S.C. § 109(g)(2) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days following the date of entry of this order.

☐ **IT IS FURTHER ORDERED** that this case is dismissed with prejudice under 11 U.S.C. §105(a) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days following the date of entry of this order.

☐ **IT IS FURTHER ORDERED** that since the Debtor(s) owe(s) $ for the filing fee in this case, the Debtor(s) **MUST PAY THIS AMOUNT TO THE COURT WITHIN FIVE BUSINESS DAYS FOLLOWING THE ENTRY OF THIS ORDER.** If the Debtor(s) fail(s) to pay the amount owed to the Court within five business days, the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days following the date of dismissal. If the Debtor(s) file(s) a subsequent bankruptcy case while prior filing fees remain outstanding, the Court will ordinarily deny any Application to Pay Filing Fees in Installments in the subsequent case.

**IT IS FURTHER ORDERED** that the automatic stays of 11 U.S.C. § 362 are hereby terminated, AND ANY MATTERS NOT PREVIOUSLY DISPOSED OF ARE DENIED AS MOOT ON THE FILING OF THE CHAPTER 13 TRUSTEE'S FINAL REPORT. The Chapter 13 Trustee is directed to promptly file their final report and upon so doing is discharged as Trustee and is relieved of and discharged from their bond.

U.S. Bankruptcy Judge

**Dated:** 1/3/25
**St. Louis, Missouri**
**Rev.** 07/23 preconfo

United States Bankruptcy Court

Eastern District of Missouri

In re:                                                                              Case No. 24-44469-blc

Mary Tresch                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4                          User: admin                                    Page 1 of 3

Date Rcvd: Jan 03, 2025                        Form ID: preconfo                          Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mary Tresch, 5116 Ringer Road, Saint Louis, MO 63129-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: mtgbk@shellpointmtg.com | Jan 03 2025 23:07:00 | NewRez LLC, PO Box 10826, Greenville, SC 29603-0826 |
| 25653287 | + EDI: CITICORP | Jan 04 2025 03:59:00 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 25653288 | + EDI: BANKAMER2 | Jan 04 2025 03:59:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 25653289 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2025 23:04:32 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25653290 | + EDI: DISCOVER | Jan 04 2025 03:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25653292 | + EDI: BLUESTEM | Jan 04 2025 03:59:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 25653293 | + Email/Text: bankruptcy@curo.com | Jan 03 2025 23:08:00 | Heights Finance Holding, Attn: Bankruptcy, Po Box1947, Greenville, SC 29602-1947 |
| 25653294 | + EDI: IRS.COM | Jan 04 2025 03:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25653295 | EDI: JPMORGANCHASE | Jan 04 2025 03:58:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 25653296 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 03 2025 23:07:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 25656936 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2025 23:04:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25653298 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2025 23:04:36 | Lvnv Funding/Resurgent Capital (Credit O, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25660200 | + Email/Text: BankruptcyFiling@stlouisco.com | Jan 03 2025 23:07:00 | St Louis County Collector of Revenue, 41 S Central Av (2nd Floor), Clayton, MO 63105 |
| 25653300 | + Email/Text: BankruptcyFiling@stlouisco.com | Jan 03 2025 23:07:00 | St. Louis County Collector of Revenue, 41 South Central Avenue, Saint Louis, MO 63105 |
| 25653299 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 03 2025 23:07:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 25653301 | + Email/Text: ecfnotices@dor.mo.gov | Jan 03 2025 23:07:00 | State of Missouri Taxation, PO Box 385, Jefferson |

District/off: 0865-4                          User: admin                              Page 2 of 3

Date Rcvd: Jan 03, 2025                        Form ID: preconfo                        Total Noticed: 24

| | | | | City, MO 65105-0385 |
|---|---|---|---|---|
| 25653302 | + | EDI: SYNC | | |
| | | | Jan 04 2025 03:59:00 | Syncb/Phillips 66, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 25653303 | + | EDI: WTRRNBANK.COM | | |
| | | | Jan 04 2025 03:59:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 25653304 | + | EDI: UMBFINANCIAL.COM | | |
| | | | Jan 04 2025 03:59:00 | UMB Financial Corporation, Attn: Bankruptcy, 1010 Grand Blvd, Kansas City, MO 64106-2225 |
| 25662910 | | EDI: USBANKARS.COM | | |
| | | | Jan 04 2025 03:59:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 25653305 | + | EDI: USBANKARS.COM | | |
| | | | Jan 04 2025 03:59:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 25653306 | | Email/Text: bankruptcy@VCU.COM | | |
| | | | Jan 03 2025 23:07:00 | Vantage Credit Union, 19 Research Park Court, Saint Charles, MO 63304 |
| 25653307 | + | EDI: WFFC2 | | |
| | | | Jan 04 2025 03:59:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25653297 | | Lien |
| 25653291 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2025                        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kirkwood Smith | |
| | on behalf of Debtor Mary Tresch aksmithlaw@gmail.com  smithar73938@notify.bestcase.com |
| Diana S. Daugherty | |
| | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Hunter Charles Gould | |
| | on behalf of Creditor NewRez LLC moedbknotices@southlaw.com |
| Office of US Trustee | |
| | USTPRegion13.SL.ECF@USDOJ.gov |

District/off: 0865-4                          User: admin                          Page 3 of 3
Date Rcvd: Jan 03, 2025                       Form ID: preconfo                    Total Noticed: 24
TOTAL: 4